

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00743-CV

Bryan Imari **DIAS**,
Appellant

v.

Hannah **GRIZZLE**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21504
Honorable Benjamin Robertson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              Todd McCray, Justice

Delivered and Filed: January 8, 2025

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal from temporary orders in a suit affecting the parent-child relationship. In family law cases, temporary orders are not appealable. *See* TEX. FAM. CODE § 105.001(e); *In re K.K.M.*, No. 04-12-00677-CV, 2013 WL 820585, at * 1 (Tex. App.—San Antonio Mar. 6, 2013, no pet.) (dismissing appeal from temporary orders in a suit affecting the parent-child relationship because the challenged orders were not appealable); *see also Dancy v. Daggett*, 815 S.W.2d 548, 549 (Tex. 1991) (recognizing mandamus as the appropriate vehicle to challenge temporary orders in family law cases because temporary orders are not subject to

interlocutory appeal under the family code). Accordingly, we ordered appellant to show cause why we have jurisdiction over this appeal. Appellant filed a response to our order, but it fails to demonstrate our jurisdiction over this appeal. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. FAM. CODE § 105.001(e); *In re K.K.M.*, 2013 WL 820585, at * 1.


PER CURIAM